Florence ATTAL, Administratrix of the
Estate of Andrew I. Joseph,
Deceased,

v.

The PENNSYLVANIA RAILROAD COM-
PANY, a corporation, Appellant.

No. 14386.

United States Court of Appeals
Third Circuit.

Argued Oct. 11, 1963.

Decided Oct. 22, 1963.

Hubert I. Teitelbaum, Pittsburgh, Pa., for appellant.

E. V. Buckley, Pittsburgh, Pa. (Mercer & Buckley, Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The judgment of the District Court entered pursuant to the jury's verdict will be affirmed. D.C., 212 F.Supp. 306.

Otto CANDIES and Otto Candies, Inc.,
Appellants,

v.

Paul LEE and Emile Lee, Appellees.

No. 20559.

United States Court of Appeals
Fifth Circuit.

Oct. 16, 1963.

John Poitevent, New Orleans, La., Jas. Hy. Bruns, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., of counsel, for appellants.

William M. Lucas, Jr., New Orleans, La., Dufour, Levy, Marx & Lucas, New Orleans, La., of counsel, for appellees.

Before RIVES and JONES, Circuit Judges, and DAWKINS, Jr., District Judge.

PER CURIAM.

This appeal presents the question whether the Tug Captain Paul was solely at fault in its collision with a small lugger, the Miss Mazur. The findings of fact and conclusions of law by the District Court, reported at 216 F.Supp. 665 (1963), are not clearly erroneous and adequately support the judgment. Therefore, the judgment is affirmed.

John C. CENTANNI, d/b/a Linesman
Service Company, et al.,
Appellants,

v.

T. SMITH & SON, INC., et al., Appellees.

No. 20224.

United States Court of Appeals
Fifth Circuit.

Oct. 18, 1963.

Amos L. Ponder, Jr., George M. Ponder, New Orleans, La., for appellants.

Charles Kohlmeyer, Jr., New Orleans, La. (Lemle & Kelleher, New Orleans, La., on the brief), for appellees.

Before RIVES and JONES, Circuit Judges, and DAWKINS, Jr., District Judge.

PER CURIAM.

The Court has carefully reviewed the record and briefs and concludes that substantial evidence supports the district court's findings of fact and conclusions of law, reported at 216 F.Supp. 330 (D.C. 1963). The judgment is not clearly erroneous and, therefore, is affirmed.